1  David H. Krieger, Esq.
   Nevada Bar No. 9086
2  HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, BRYAN MORIARTY*

7
              **IN THE UNITED STATES DISTRICT COURT**
8                **FOR THE DISTRICT OF NEVADA**

9  BRYAN MORIARTY,                    ) **Case No. 2:16-cv-01879-JAD-GWF**
10                                    )
                   Plaintiff,         )
11 v.                                 )
                                      ) **STIPULATION AND ORDER**
12                                    ) **DISMISSING ACTION WITH**
   ALLIED COLLECTION SERVICES,        ) **PREJUDICE**
13 INC.,                              )
                                      )           ECF No. 10
14                 Defendant.         )

15

16     Plaintiff BRYAN MORIARTY and ALLIED COLLECTION SERVICES,
17 INC. hereby stipulate and agree that the above-entitled action shall be dismissed
18 …
19 …
20 …
21 …
22 …
23 …
24 …
25 …

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to **<u>ALLIED COLLECTION SERVICES, INC.</u>**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:  March 15, 2017

| By:<br><u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><u>/s/ Allicia B. Tomolo, Esq.</u><br>Allicia B. Tomolo, Esq.<br>3080 South Durango Drive<br>Suite 207<br>Las Vegas, NV 89117<br>*Attorney for Defendant ONLY as to, ALLIED COLLECTION SERVICES, INC.* |
|---|---|

### ORDER

Based on the parties' stipulated dismissal of this action [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 20, 2017